815 A.2d 628

**Jon BALSBAUGH and Chris Le Comte, Appellants**

v.

**COMMONWEALTH DEPARTMENT OF GENERAL SERVICES and Alexander Constructors, Inc., Appellees.**

Supreme Court of Pennsylvania.

Jan. 23, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of January, 2003, the order of the Commonwealth Court is AFFIRMED.